1  BRUCE L. SIMON (Bar No. 96241)
      bsimon@psswplaw.com
2  ESTHER L. KLISURA (Bar No. 221171)
      eklisura@psswplaw.com
3  **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 1200
4  San Francisco, California 94104
   Telephone: (415) 433-9000
5  Facsimile:  (415) 433-9008

6  (Additional Attorneys Listed on Signature Page)

7  *Attorneys for Plaintiff and the Proposed Class*

9                          **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI<br><br>MDL No. 1827 |
| JOSEPH T. PISCITELLO on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG.PHILIPS LCD CO., LTD.; et al.,<br><br>Defendants. | Case No. C07-2466 MEJ<br><br>**PLAINTIFF JOSEPH T. PISCITELLO'S ADMINISTRATIVE MOTION TO RELATE CASE**<br>**[CIVIL LOCAL RULE 3-12]** |

769858.1                                   1
PLAINTIFF JOSEPH T. PISCITELLO'S ADMINISTRATIVE MOTION TO RELATE CASE

**1**  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**2**  PLEASE TAKE NOTICE that Joseph T. Piscitello, the plaintiff in *Joseph T. Piscitello v.*

**3**  *LG. Philips LCD Co., Ltd., et al.*, Case No. C07-2466 MEJ, hereby brings this Administrative

**4**  Motion to Relate Case pursuant to Civil Local Rule 3-12.

**5**  **A.    RELATED CASES**

**6**  1.    *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Master File No. C07-1827 SI; and

**7**  2.    *Joseph T. Piscitello v. LG. Philips LCD Co., Ltd., et al.*, Case No. C07-2466 MEJ.

**8**  **B.    RELATIONSHIP OF THE ACTIONS**

**9**  This Administrative Motion is made on the grounds that the instant action involves

**10**  substantially duplicative or overlapping parties, and concerns the same wrongful acts and

**11**  occurrences, as *In re TFT-LCD (Flat Panel) Antitrust Litigation*, a multidistrict litigation

**12**  proceeding assigned to the Honorable Susan Illston..  Specifically, the instant action is a brought

**13**  on behalf of purchasers of Thin Film Transistor Liquid Crystal Display, also called "TFT-LCD."

**14**  The case is brought against substantially overlapping defendants as *In re TFT-LCD (Flat Panel)*

**15**  *Antitrust Litigation*.  Both matters allege a conspiracy to fix, maintain, and inflate the prices of

**16**  TFT-LCD sold in the United States.  They both allege a violation of Section 1 of the Sherman

**17**  Antitrust Act.

**18**  Civil Local Rule 3-12 provides that actions are related when:

**19**  (1)    The actions concern substantially the same parties, property, transaction or event; and

**20**  (2)    It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before

**21**  different Judges.

**22**

**23**  Here, the cases sought to be related satisfy both criteria of Rule 3-12.  They involve

**24**  substantially overlapping defendants and the same transaction and events, *i.e.*, the sale of LCD-

**25**  TFT in the United States.  Deeming the *Piscitello* case to be related to *In re TFT-LCD (Flat*

**26**  *Panel) Antitrust Litigation* will allow conservation of judicial resources because these cases raise

**27**  the same, or substantially the same, questions of fact and law.  It will also avoid the potential for

**28**  conflicting results.

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

769858.1

2

PLAINTIFF JOSEPH T. PISCITELLO'S ADMINISTRATIVE MOTION TO RELATE CASE

**C.     CONCLUSION**

In light of the closely related nature of the cases identified herein, Joseph T. Piscitello respectfully requests that his case be deemed related and that the case be reassigned to Judge presiding over *In re TFT-LCD (Flat Panel) Antitrust Litigation*.

Dated:  July 13, 2007

Respectfully submitted,

  /s/ Bruce L. Simon
Bruce L. Simon
  bsimon@psswplaw.com
Esther L. Klisura
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW &
  PENNY LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008

Michael D. Hausfeld
  mhausfeld@cmht.com
Richard A. Koffman
  rkoffman@cmht.com
Brian A. Ratner
  bratner@cmht.com
Kathleen M. Konopka
  kkonopka@cmht.com
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Avenue, NW,
Suite 500 West Tower
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

*Attorneys for Plaintiff and the Proposed Class*

769858.1

3

PLAINTIFF JOSEPH T. PISCITELLO'S ADMINISTRATIVE MOTION TO RELATE CASE