1  BRUCE L. SIMON (Bar No. 96241)
     bsimon@psswplaw.com
2  ESTHER L. KLISURA (Bar No. 221171)
     eklisura@psswplaw.com
3  **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 1200
4  San Francisco, California 94104
   Telephone: (415) 433-9000
5  Facsimile:  (415) 433-9008

6  *Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI<br><br>MDL No. 1827 |
| JOSEPH T. PISCITELLO on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LG.PHILIPS LCD CO., LTD.; et al.,<br><br>　　　　Defendants. | Case No. C07-2466 MEJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JOSEPH T. PISCITELLO'S ADMINISTRATIVE MOTION TO RELATE CASE** |

769862.1

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASE

**1**    On July 13, 2007, plaintiff Joseph T. Piscitello filed an Administrative Motion to Relate

**2**  Case pursuant to Civil Local Rule 3-12.  The Court having considered the papers and pleadings on

**3**  file, and good cause appearing, HEREBY GRANTS the Motion.

**4**    IT IS HEREBY ORDERED that *Joseph T. Piscitello v. LG. Philips LCD Co., Ltd., et al.*,

**5**  Case No. C07-2466 MEJ is deemed related to *In re TFT-LCD (Flat Panel) Antitrust Litigation*,

**6**  Master File No. C07-1827 and is re-assigned to the Honorable Susan Illston.

**7**    SO ORDERED.

**8**

**9**  Dated: _____    _____
                                    United States District Court

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

769862.1

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASE